No. 435. MARGARET COLLINS, ADMINISTRATRIX AD PROS-
EQUENDUM OF THE ESTATE OF MARTIN COLLINS, DE-
CEASED, *v.* ERIE RAILROAD COMPANY. October 11, 1926.
Petition for writ of certiorari to the Circuit Court of Ap-
peals for the Third Circuit denied. *Susan Brandeis* and
*Mr. Nathan Probst, Jr.,* for petitioner. *Mr. Clement K.
Corbin* for respondent.

No. 25. DELIA SALZER *v.* UNITED STATES, TREASURY DE-
PARTMENT, BUREAU OF WAR RISK INSURANCE. See *post,*
p. 771.

No. 381. INTERNATIONAL-GREAT NORTHERN RAILROAD
COMPANY ET AL. *v.* TEXAS COMPANY. See *post,* p. 771.

No. 483. INTERNATIONAL-GREAT NORTHERN RAILROAD
COMPANY ET AL. *v.* TEXAS COMPANY. See *post,* p. 771.

No. 470. UNITED STATES. *v.* CURTIS AND COMPANY
MANUFACTURING COMPANY. See *post,* p. 771.

No. 622. ALEXANDER ACKERSON *v.* UNITED STATES.
Petition for a writ of certiorari to the Circuit Court of
Appeals for the Second Circuit. October 18, 1926. Ap-
plication to proceed further in forma pauperis is denied
for the reason that the court upon consideration of the un-
printed record finds no ground for certiorari, the applica-
tion for which is also denied. *Mr. Alexander Ackerson,
pro se.* No appearance for respondent.

No. 393. RUSH MEADOWS *v.* UNITED STATES. October
18, 1926. Petition for a writ of certiorari to the Circuit
Court of Appeals for the Ninth Circuit denied. *Mr.
Hugh L. Dickson* for petitioner. *Solicitor General
Mitchell, Assistant Attorney General Luhring,* and *Mr.
Harry S. Ridgely* for the United States.